| AO-10<br>Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2002 | Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. App., §§101-111) |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Boyle, Jane J | 2. Court or Organization<br><br>District Court<br>Northern District of Texas | 3. Date of Report |
|---|---|---|
| **4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>District Judge- Nominee | **5. ReportType (check appropriate type)**<br><br>__X_ Nomination, Date __10/07/2003<br><br>___ Initial ___ Annual ___ Final | **6. Reporting Period**<br><br>01/01/2002-10/31/2003 |
| **7. Chambers or Office Address**<br>1100 Commerce, 3rd Floor<br>Dallas, Texas 75242 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] **NONE** (No reportable positions.) | |
| 1 Steering Committee Member | Safe City USA, Ft. Worth, Texas |
| 2 Co-chair | Dallas Alliance on Underage Drinking |
| 3 Commissioner | Family Violence Prevention Council (Additional position continues) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements.) | |
| 1 | Dallas Police and Fire Pension at age 50 |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 2002-2003 | Private Law Practice, sole practitioner | $ |
| 2 8/2003 | Eastfield College, (teaching fall semester course) | $ |
| 3 | | $ |
| 4 | | $ |

$

| | |
|---|---|
| Name of Person Reporting<br>Jane J. Boyle | Date of Report<br>10/07/2003 |

## FINANCIAL DISCLOSURE REPORT

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements.) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts.) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION CODE* | VALUE |
|---|---|---|
| NONE (No reportable liabilities.) | | |
| Texas Federal Credit Union | Personal Loan | J |
| Citibank Visa | Credit Card debt | J |
| Providian Visa | Credit card debt | K |
| North Dallas Bank and Trust* | Bank loan | J |
| | | |

6

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jane J Boyle | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 North Dallas Bank and Trust | A | Int. | J | T | | | | | |
| 2 People's Federal Savings bank | B | Int. | | | Exempt | | | | |
| 3 Fidelity Investment "Blue Chip" | A | Div. | K | T | | | | | |
| 4 U.S. Govt. EE series Savings bonds | None | Int. | J | T | | | | | |
| 5 Dallas Police & Fire Pension | E | Pension | K | T | | | | | |
| 6 Compass Bank, Dallas TX | A | Int. | J | T | | | | | |
| 7 Bank of America | A | Savings | J | T | | | | | |
| 8 Bank of America | A | Int. | J | T | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

### I. Positions:

| Date | Position | Name of Organization |
|---|---|---|
| Jan-2001 to Dec. 2001 | Vice-Chair | Dallas Bar Association, Business Litigation Section |
| Jan. 2001 to Dec. 2001 | Co-Chair | Dallas Bar Association, Pro Bono Activities committee |
| Dec. 1988 to 2002 | Trustee | Dallas Bar Foundation |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____   Date _Dec. 2, 2003_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | $15,300. | 0 | 0 | Notes payable to banks-secured | N/A | | |
| U.S. Government securities-add schedule | $7225. | 0 | 0 | Notes payable to banks-unsecured | N/A | | |
| Listed securities-add schedule | $31,000. | 0 | 0 | Notes payable to relatives | N/A | | |
| Unlisted securities--add schedule | N/A | | | Notes payable to others | N/A | | |
| Accounts and notes receivable: | $6,000. | 0 | 0 | Accounts and bills due | $51,205. | 0 | 0 |
| Due from relatives and friends | N/A | | | Unpaid income tax | N/A | | |
| Due from others | N/A | | | Other unpaid income and interest | | | |
| Doubtful | N/A | | | Real estate mortgages payable-add schedule | $297,500. | 0 | 0 |
| Real estate owned-add schedule | $417,310. | 0 | 0 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | N/A | | | Other debts-itemize: | | | |
| Autos and other personal property | $6,000. | 0 | 0 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Pension, federal government Thrift savings plan | | | | | | | |
| | $50,467. | 0 | 0 | | | | |
| (S) Dallas Police & Fire Pension (Present value( | $46,000. | 0 | 0 | Total liabilities | $348,705. | 0 | 0 |